UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JACOB PAIGE CASTELEIN,

        Defendant.
_____/

Case No. 1:06:CR:59

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed May 22, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Jacob Paige Castelein's plea of guilty to Count Two of the Indictment is accepted. Defendant Jacob Paige Castelein is adjudicated guilty.

3. Defendant Jacob Paige Castelein shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: June 12, 2006                                             /s/ Gordon J. Quist
                                                                                       GORDON J. QUIST
                                                                                UNITED STATES DISTRICT JUDGE